UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                              Chapter 11

    Yeshivah Ohel Moshe,                               Case No.  16-43681
     *aka* Yeshiva Ohel Moshe

                              Debtor.
-----------------------------------------------------------x

## FINAL DECREE

        Upon the application of Yeshivah Ohel Moshe, (the "Debtor") requesting that a final decree be entered and that the Chapter 11 case be closed, and the Debtor having substantially consummated the provisions of the Plan of Reorganization confirmed by order of this Court dated August 21, 2017; it is

        ORDERED, that pursuant to Bankruptcy Rule 3022, the above-captioned Chapter 11 case be, and the same hereby closed, and a final decree is hereby issued; and it is further

        ORDERED, that the Debtor provide a declaration detailing all disbursements it has made on the Debtor's behalf through the date of this Order and pay all United States Trustee fees and any applicable interest thereon within ten (10) days of the date of this Order.

**NO OBJECTION:**
**UNITED STATES TRUSTEE**

By: */s/William E. Curtin, Esq.*
Dated: June 29, 2018
New York, New York



Dated: **Brooklyn, New York**
       **July 17, 2018**

                                                    **Elizabeth S. Stong**
                                          **United States Bankruptcy Judge**